


**FILED**
SEP 16 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PAULA B. CURRIE, | Civil Action No. 1:24-cv-1959 |
| and | JUDGE Rebecca R. Pallmeyer |
| MEGAN FINNEGAN-RATLIFF, | |
| Plaintiffs, | |
| v. | |
| MY FAV ELECTRONICS, INC., *dba* SECOND LIFE MAC, C/O DAVID J. | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF COUNSEL

Attorneys John Marshall and Madeline Rettig and the law firm of Marshall, Forman and Schlein hereby gives notice of their withdrawal as counsel for Megan Ratliff and Paula Currie in the above captioned matter.

Respectfully submitted,

By: /s/ *John S. Marshall*
John S. Marshall (0015160)
(*jmarshall@marshallforman.com*)
Madeline J. Rettig (0098816)
(*mrettig@marshallforman.com*)

MARSHALL, FORMAN & SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (614) 463-9780

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was mailed to the Court on this 10th day of September, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: \_\_\_/s/ John S. Marshall
John S. Marshall (0015160)

MARSHALL FORMAN SCHLEIN

MARSHALL FORMAN AND SCHLEIN LLC
50 Civic Center Drive, Suite 480, Columbus, Ohio 43215

RECEIVED
SEP 16 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

COLUMBUS OH 430
11 SEP 2024 PM 4 L

United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL 60604

60604-180099

US POSTAGE
FIRST-CLASS
062800070782292
FROM 43215
$0.69

stamps.com
5143341