IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAULA B. CURRIE, | : | Civil Action No. 1:24-cv-1959 |
| and | : | JUDGE Rebecca R. Pallmeyer |
| MEGAN FINNEGAN-RATLIFF, | : | |
| Plaintiffs, | : | FILED |
| v. | : | OCT 21 2024 |
| MY FAV ELECTRONICS, INC., dba SECOND LIFE MAC, C/O DAVID J. | : | THOMAS G. BRUTON CLERK, U.S. DISTRICT COURT |
| Defendant. | : | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Attorneys John Marshall and Madeline Rettig and the law firm of Marshall, Forman and Schlein hereby gives notice of their withdrawal as counsel for Megan Ratliff and Paula Currie in the above captioned matter.

Respectfully submitted,

By: /s/ *John S. Marshall*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Madeline J. Rettig (0098816)
*(mrettig@marshallforman.com)*

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (614) 463-9780

MARSHALL, FORMAN & SCHLEIN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was mailed to the Court on this 10th day of September, 2024, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: ___/s/ John S. Marshall
John S. Marshall (0015160)